PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an action to recover death benefit under a life insurance policy. The order sets aside special findings of the jury and grants motion for direction of the verdict.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY C. MONTGOMERY, Appellant, v. THE PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment is for defendant in an action to recover death benefit under a life insurance policy. The order sets aside special findings of the jury and grants motion for direction of the verdict.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY FLORENCE BOOKER, an Infant, by ARTHUR BOOKER, Her Guardian ad Litem, Respondent, v. EARL C. SCHEELAR, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for personal injuries in an automobile negligence action. The order denies defendant's motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

ARTHUR BOOKER, Respondent, v. EARL C. SCHEELAR, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for loss of services of plaintiff's daughter due to injuries received in an automobile accident. The order denies defendant's motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

MARY REILLY, Respondent, v. RAYMOND RAWLEIGH, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $2,816 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. Memorandum: We find the court erred in allowing the jury to consider as an element of damage the loss of earnings to plaintiff in her business as keeper of a rooming and boarding house. (Dalmas v. Gordon, 210 App. Div. 239; Galanis v. Simon, 222 id. 330; affd., 250 N. Y. 524.) All concur. (The judgment awards plaintiff damages for personal injuries sustained by plaintiff and for loss of services of plaintiff's son due to injuries received in an automobile collision. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

CLARA WHITNEY and ARTHUR WHITNEY, Respondents, v. ABRAHAM VAN BORTLE and Others, Appellants, and Another, Defendant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages to plaintiffs for personal injuries sustained by slipping at an entranceway. The order denied motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.

JOHN L. CANTABENE, as Administrator, etc., of ANTHONY CANTABENE, Deceased, Appellant, v. EDWIN C. PERCY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence action.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

WILLIAM E. HILL, by BLANCHE H. SIKES, His Guardian ad Litem, and Others, Appellants, v. JACOB I. TRENKLE and CATHERINE TRENKLE, Individually and